UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL NO. H-00-813 |
| | § | |
| DAVID ROSS STEINHEIMER | § | |

**GOVERNMENT'S RESPONSE TO MOTION TO TRANSFER SUPERVISED RELEASE**

TO THE HONORABLE JUDGE OF SAID COURT:

The government is opposed to the motions of Defendant-Petitioner David Ross Steinheimer to Transfer Supervised Release to Eastern District of Louisiana (Doc. 63), to Amend Judgment and Sentencing Order for Modification of Supervised Release Recommending Three Year Term Be Served in the Eastern District of Louisiana (Doc. 65), and Motion for Immediate Submission and Review (Doc. 66), which were re-filed by letter on August 30, 2005.

Defendant asks that his supervision be transferred to New Orleans. After consulting with the United States Probation Office, the undersigned understands that due to hurricane damage, the United States Probation Office in New Orleans is not in a position to take over responsibility for supervising Mr. Steinheimer.

Accordingly, the governments asks the court to deny defendant's motions

identified above.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: /s/ Michael J. Wynne
MICHAEL J. WYNNE
Assistant United States Attorney
(713) 567-9711

CERTIFICATE OF SERVICE

I certify that I am serving a true and correct copy of the foregoing was served on the following person on this 6th day of October, 2005, by certified mail, return receipt requested:

David Ross Steinheimer
Inmate No. 88977-079
P.O. Box 26020
Beaumont, Texas 77720

/s/ Michael J. Wynne
Michael J. Wynne
Assistant United States Attorney